# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Michael Carter et al
        Plaintiffs

V.

Robert Rubel et al
        Defendants

CIVIL ACTION

NO. 1:20-cv-11027-LTS

## SETTLEMENT ORDER OF DISMISSAL

The Court having been advised on 12/18/2023 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

12/18/2023          /s/ Kellyann Belmont
Date          Deputy Clerk